```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/07
```

4-638498
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAERSK LINE,                                            07 Civ. 1227 (LEISURE)

                 Plaintiff,

                                                                       JUDGMENT

    - against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

                 Defendant.
-------------------------------------------------------X

        This action having been commenced by the filing of a Summons and Complaint, and the parties having entered into a Stipulation and Order of Settlement calling for, inter alia, monthly payments by defendant, and defendant having failed to make the payment due on May 31, 2007, and notice of default pursuant to the terms of the Stipulation and Order of Settlement having been sent on June 1, 2007, and defendant having failed to cure the default within the 5 days called for by the Stipulation and Order of Settlement,

        NOW, upon application of the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff, it is

        ORDERED, ADJUDGED AND DECREED that plaintiff MAERSK LINE have judgment against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. in the liquidated amount of $13,714.00, together with interest at 6% from June 23, 2005 as called for by the Stipulation, amounting to $1,618.63, with costs in the amount of $350.00, amounting in all to $15,682.63, and that plaintiff may immediately proceed to execution thereon.

Dated: New York, New York
        June **20**, 2007

                                                                   _____
                                                                         U.S.D.J.